# EXHIBIT A

**August 3, 2026**


Your Honor,

My name is John O'Rourke. Thank you for taking the time to read my letter.

Firstly, I would like to say that I take full responsibility for my actions. I deeply regret my actions of reentering the country illegally. I was in a really bad place before this with my mental health.

My time incarcerated has really opened my eyes. Since being incarcerated, I have been sober and have had a new diagnosis of bipolar disorder. I was evaluated by a psychiatrist and have been prescribed medication, which has made a massive difference for my struggles with my mental health. When I return to the United Kingdom, I intend to keep getting mental health treatment and staying on my medication. I would like to work with a psychiatrist at home to support my mental health issues and sobriety.

I intend on spending more time with my kids and keeping closer family ties. Due to my domestic violence history, I would like to take domestic violence classes and have counseling to work more on my anger management.

Thank you again for taking the time to read this letter.


Sincerely,


John O'Rourke