UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                             Case No. 3:26-CR-94 (VDO)

JOHN O'ROURKE                                   August 6, 2026

**MOTION FOR PERMISSION TO FILE UNDER SEAL
AND TO FILE REDACTED MEMORANDUM**

Mr. John O'Rourke respectfully requests permission for leave to file the accompanying Sentencing Memorandum and Exhibits B, C, E, F, G, H, and I under seal. In support of this motion, the defense represents that the filing of the Sentencing Memorandum and Exhibits B, C, E, F, G, H, and I under seal is in the interest of justice as these documents contain sensitive and medical information.

Mr. O'Rourke also respectfully requests permission to redact portions of the publicly filed version of the Sentencing Memorandum, as it contains sensitive and medical information. The request to file a redacted memorandum is made pursuant to Rule 57 of the Local Rules of Criminal Procedure.

Respectfully Submitted,

THE DEFENDANT,
John O'Rourke

FEDERAL DEFENDER OFFICE

Date: August 6, 2026            */s/ Carly Levenson*
                                Carly Levenson
                                Assistant Federal Defender
                                265 Church Street, Suite 702
                                New Haven, CT 06510
                                Phone: (203) 498-4200
                                Bar No.: phv09665
                                Email: carly_levenson@fd.org

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on August 6, 2026, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Carly Levenson*
Carly Levenson